# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**TYRONE JENKINS,**

V.

**SUMMONS IN A CIVIL CASE**

**CHOICE GROUP LLC,**

CASE NUMBER: **3:17−CV−01360−JBA**

TO: **Choice Group LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Daniel S. Blinn**
**Consumer Law Group**
**35 Cold Spring Rd., Suite 512**
**Rocky Hill, CT 06067**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − L. Pipech
-----------------------------
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2017−08−11 11:00:36.0**, Clerk
USDC CTD

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

CASE NUMBER 3:17-CV-01360-JBA

RETURN OF SERVICE

| Service of the Summons and Complaint by me | Date August 14, 2017 |
|---|---|
| Name of Server Nancy F. Marino | Title Connecticut State Marshal |

Then and by virtue hereof, on the 14th day of August, 2017, and by the direction of the plaintiff's attorney, I made due and legal service on the within named defendant, **CHOICE GROUP LLC**, by leaving a verified true and attested copy of the within original **Federal Summons and Complaint**, with and in the hands of the within named, Michael Molnar, Agent For Service for said defendant, at 436 East Street, in the Town of Plainville.

| Travel | $ 16.75 | Services | $ 65.20 | Total $ 81.95 |
|---|---|---|---|---|

Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on August 14, 2017

*Nancy F. Marino*
45 Wyllys Street, Hartford, CT 06106